UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00292-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JAMES PATRICK, a/k/a James G. Patrick, a/k/a James G Patrick, a/k/a James Graig Patrick, a/k/a James Craig Patrick,

     Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 11, 2008,** and responses to these motions shall be filed by **Monday, August 18, 2008.** It is

FURTHER ORDERED that a counsel for Defendant and the Government shall contact my chambers, if necessary, to schedule a hearing on pending motions and a final trial preparation conference. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, September 8, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated:  July 29, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge