IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00292-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES PATRICK, a/k/a James G. Patrick, a/k/a James Graig Patrick, a/k/a James Craig Patrick,

    Defendant.

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss Count 2 of the Indictment in the above-entitled case, and the Court having considered the same, it is hereby

ORDERED that Count 2 of the Indictment in the above-captioned case is dismissed.

SO ORDERED this 10th day of December, 2008.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL
                CHIEF UNITED STATES DISTRICT JUDGE